IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:15cr118-MHT** |
| | ) | **(WO)** |
| **DERRIS DEANTHONY BRADFORD** | ) | |

### ORDER

Based on the representations made on the record on January 15, 2016, it is ORDERED that the motion to dismiss for ineffective assistance of counsel and violation of due process rights for unnecessary delay to trial (doc. no. 140) is denied.

DONE, this the 16th day of February, 2016.

                      **/s/ Myron H. Thompson**
                      **UNITED STATES DISTRICT JUDGE**