IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:15cr118-MHT** |
| | ) | **(WO)** |
| **DERRIS DEANTHONY BRADFORD** | ) | |

**ORDER**

Based on the representations made on the record on February 11, 2016, it is ORDERED that the motion to dismiss the superseding indictment (doc. no. 167) is denied.

DONE, this the 16th day of February, 2016.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**