IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr118-MHT |
| | ) | (WO) |
| **DERRIS DEANTHONY BRADFORD** | ) | |

### ORDER

It is ORDERED that the motions in limine (doc. nos. 111, 112, and 115) are denied as moot.

DONE, this the 16th day of February, 2016.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**