IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:15cr118-MHT** |
| | ) | **(WO)** |
| **DERRIS DEANTHONY BRADFORD** | ) | |

**ORDER**

Because, based on defendant Derris Deanthony Bradford's guilty plea to the original indictment, sentencing is set for April 28, 2016, and because jury selection and trial, based on a superseding indictment, has been set for April 4, 2016, it is ORDERED that a status conference to discuss how to proceed is set for March 1, 2016, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 25th day of February, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**