IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:13cr118-MHT |
| | ) | (WO) |
| DERRIS DEANTHONY BRADFORD | ) | |

ORDER

On May 10, 2016, defendant Derris Deanthony Bradford was ordered to surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on June 7, 2016.  It is therefore ORDERED that (1) the petition to modify (doc. no. 235) is granted and (2) the location monitoring equipment being utilized by defendant Derris Deanthony Bradford may be removed 24 hours prior to his surrender date on June 7, 2016.

DONE, this the 24th day of May, 2016.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE