IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         3:15cr118-MHT
                            )              (WO)
DERRIS DEANTHONY BRADFORD   )
```

## ORDER

Defendant Derris Deanthony Bradford having been adjudged guilty of charges 1, 2, 3, 4, and 5 (as to only the July 25 and September 19, 2018, appointments) in the revocation petition (doc. no. 265), it is ORDERED that sentencing is continued to May 20, 2019, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 19th day of February, 2019.

                                                 /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE