**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:15cr118-MHT** |
| | ) | **(WO)** |
| **DERRIS DEANTHONY BRADFORD** | ) | |

**ORDER**

For the reasons stated in open court on June 12, 2019, it is ORDERED that the pending revocation petition (doc. no. 265) is amended to reflect four new charges that defendant Derris Deanthony Bradford violated the mandatory condition of supervised release that he refrain from any unlawful use of a controlled substance, as follows:

(1) On or about February 21, 2019, he allegedly tested positive for use of marijuana.

(2) On or about March 25, 2019, he allegedly tested positive for use of marijuana.

(3) On or about April 25, 2019, he allegedly tested positive for use of marijuana.

(4) On or about May 8, 2019, he allegedly tested positive for use of marijuana.

It is further ORDERED as follows:

(1) On or before June 19, 2019, defense counsel is to submit to the court a proposal to address defendant Bradford's apparent drug addiction.  The proposal should indicate whether defendant Bradford wishes to participate in the modified HOPE model.  *See United States v. Newman*, 350 F. Supp. 3d 1218 (M.D. Ala. 2018).

(2) On or before June 26, 2019, government counsel and the supervising probation officer are to file responses to defense counsel's proposal.

(3) A hearing on the four new charges is set for July 8, 2019, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 13th day of June, 2019.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**