**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **3:15cr118-MHT** |
| | ) | **(WO)** |
| **DERRIS DEANTHONY BRADFORD** | ) | |

**ORDER**

Based on the representations made on the record on August 30, 2019, it is ORDERED as follows:

(1) **The Probation Department's petition for modification (doc. no. 300) is granted. The conditions of supervision are modified as requested. Defendant Derris Deanthony Bradford shall serve the time at a jail facility on dates to be determined by his supervising probation officer.**

(2) **The other three prior times in jail still to be served are to be served on dates to be determined by defendant Bradford's supervising probation officer.**

(3) The court will not take any further action with regard to defendant Bradford's incorrectly reporting to the Montgomery City Jail rather than the Montgomery County Jail on August 9, 2019. *See* Status Report (doc. no. 301).

(4) Because it appears that defendant Bradford may be suffering from stress, anxiety, and depression and may be self-medicating with marijuana, defense counsel and defendant Bradford's supervising probation officer shall file, by noon on September 6, 2019, a joint report as to what action can be taken in this regard, including a mental-health evaluation, counseling, and the taking of prescribed medication.

DONE, this the 30th day of August, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**