IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr118-MHT |
| | ) | (WO) |
| **DERRIS DEANTHONY BRADFORD** | ) | |

### ORDER

As defendant Derris Deanthony Bradford was released from the custody of the Bureau of Prisons on July 5, 2020, *see* Exhibit Locator Information (doc. no. 335-1) (noting release date), it is ORDERED that his motion for immediate release to home confinement (doc. no. 332) is denied as moot.

DONE, this the 13th day of July, 2020.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**